UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:17-cr-81-LRH-WGC |
| Plaintiff, ) | |
| vs. ) | MINUTES OF THE COURT |
| ) | DATED: March 7, 2018 |
| TYLER DUGGER, ) | |
| Defendant. ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk:   Dionna Negrete          Reporter:   Donna Davidson
U.S. Attorney:   Megan Rachow, AUSA     Counsel for Defendants:   Kate Berry, AFPD

MINUTES OF PROCEEDINGS:

10:00 a.m. Court convenes. The defendant is present in custody. Counsel are present.

Ms. Berry invokes the Rule of Exclusion. IT IS SO ORDERED.

Ms. Rachow represents the parties have stipulated to Government's Exhibit 1, 911 recording. Ms. Rachow moves for the admission of Government's Exhibit 1, no objection, Government's Exhibit 1 is admitted and published in open court.

Reno Police Officer Alex Franzwa, is called on behalf of the Government, is sworn and testifies on direct examination by Ms. Rachow. Cross examination by Ms. Berry. Re-direct examination by Ms. Rachow. Witness is excused.

Government rests. Defense has no evidence to present. Counsel present their respective arguments to the Court.

IT IS ORDERED that Defendant's Motion to Suppress [ECF No. 18] is denied. The Court places his findings on the record.

10:32 a.m. Court adjourns.

DEBRA K. KEMPI, CLERK

By:   D. NEGRETE
      Deputy Clerk