RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for TYLER DUGGER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TYLER DUGGER,<br><br>　　　　Defendant. | Case No. 3:17-cr-00081-HDM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING (FIRST REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sean A. McClelland, Assistant Federal Public Defender, counsel for Tyler Dugger, that the Revocation Hearing currently scheduled on August 26, 2025, be vacated and continued to September 9, 2025 at 11:00 a.m.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　The parties need additional time to prepare for the hearing and negotiate a potential non-hearing resolution.

　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 20th day of August 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By /s/ Sean A. McClelland<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender | By /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TYLER DUGGER,<br><br>　　　　Defendant. | Case No. 3:17-cr-00081-HDM<br><br>**ORDER** |

　　IT IS ORDERED that the revocation hearing currently scheduled for August 26, 2025 at 11:00 a.m. be vacated and continued to September 9, 2025 at 11:00 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben.  **IT IS SO ORDERED.**

　　DATED this 21st day of August 2025.

_____
UNITED STATES DISTRICT JUDGE